David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| PHILLIP G. TOONE<br>MARGIE S. TOONE,<br>Debtor(s) | Bankruptcy No. 09-34215<br>(Chapter 7)<br>Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

  ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

  ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Tobias Dental Care<br>1920 West 250 North, Suite 3<br>MSV, UT 84404 | $2.45 |
| | America First Federal Credit Union<br>PO Box 9199<br>1344 W. 4675 So.<br>Ogden, UT 84409-0199 | $2.66 |
| | Monarch Dental Associates - Utah<br>420 East South Temple, Suite 312<br>Salt Lake City, UT 84111 | $0.27 |

2

| | |
|---|---|
| N.A.R., Inc.<br>5225 W. Wiley Post Way, Suite 410<br>Salt Lake City, UT 84116 | $3.88 |
| Knight Adjustment Bureau<br>404 East 4500 South Ste A-34<br>Murray, UT 84107 | $1.63 |

A check in the amount of $10.89 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of July, 2011

_____
DAVID L. MILLER
Chapter 7 Trustee